# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

148521

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HURON MOUNTAIN CLUB,
        Plaintiff/Counter-
        Defendant/Appellant,

v

        SC: 148521
        COA: 309075
        Marquette CC: 09-047419-CH

MARQUETTE COUNTY ROAD COMMISSION,
        Defendant/Counter-
        Plaintiff/Appellee,
and

DAN W. COLLINS,
        Intervening Defendant/Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



t0513

Clerk